TRAYLOR, Justice,
dissenting.
hi respectfully dissent. The majority opinion finds that the notice and publication requirements of La. Const, art. 10, Section 29(C) can only be reconciled and harmonized with the separate notice requirements of La. Const, art. 3, Section 2(B) by holding that La. Const, art. 3, Section 2(B) is a stand-alone provision, and that La. Const, art. 10, Section 29(C) does not apply to legislation enacted in extraordinary sessions of the legislature. However, the wording of La. const, art. 10, Section 29(C) is clear, unambiguous, and admits of no exceptions. It states, in pertinent part: “No proposal to effect any change in existing laws ... relating to any retirement system for public employees shall be introduced in the legislature unless notice of intention to introduce the proposal has been published ... in the official state journal on two separate days. The last day of publication shall be at least thirty days before introduction of the bill.” The notice, publication and recital requirements contained in La. Const, art. 10, Section 29(C) represent protections promulgated by the delegates of the Louisiana Constitutional Convention of 1973 to and in favor of the members of public retirement systems, for the purpose of restricting changes to public retirement systems without sufficient notice to the citizens who are members of these systems.
I agree that the governor’s authority to convene an extraordinary session is not [2Iimited to a public emergency. However, it is generally accepted that an extraordi *139 nary session is one which calls for action that cannot be taken in regular course and presupposes matters of urgent necessity which cannot be addressed in a regular session; it is not designed for consideration of matters so as to avoid constitutional notice requirements. The subject matter of Act 165 of the 2002 First Extraordinary Session did not require prompt action. Further, the clear, unambiguous language of La. const, art. 10, Section 29(C) requires thirty days notice before consideration of any proposal relating to public retirement systems, even in an extraordinary session.